UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| LONNIE HANEY, | ) | |
| Petitioner, | ) | |
| | ) | No. 1:15-cv-1291 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| SHANE JACKSON, | ) | |
| Respondent. | ) | |
| | ) | |

## JUDGMENT

The Court has denied Lonnie Haney's § 2254 petition for habeas relief. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: July 2, 2018               /s/ Paul L. Maloney
                                 Paul L. Maloney
                                 United States District Judge